FILED
IN COURT
CHARLOTTE, N. C.

OCT 1 7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 437

| | |
|---|---|
| In re:<br><br>Joseph A. DiBruno, Sr.<br><br>Joseph A. DiBruno, Jr.<br><br>Nicholas DiBruno<br>Wendy DiBruno<br><br>Debtors | Chapter 7<br><br>Bankruptcy Case Number 05-33007<br>Bankruptcy Case Number 05-33006<br>Bankruptcy Case Number 05-33005<br><br>Jointly Administered |
| **LANGDON M. COOPER, Trustee In Bankruptcy for Joseph A. DiBruno, Sr., Nicholas and Wendy DiBruno, Joseph A. DiBruno, Jr.**<br><br>Plaintiff,<br><br>vs.<br><br>**Rachel E. Bean**<br><br>Defendant | Bankruptcy Court<br>Adversary Proceeding No.<br>05-3483 |

### ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING

THE UNDERSIGNED U.S. DISTRICT JUDGE hereby withdraws reference of the above-captioned Adversary Proceeding from the Bankruptcy Court, pursuant to 28 U.S.C. §157(d), for further proceedings in U.S. District Court. This withdrawal of reference shall be effective immediately after the Clerk of the Bankruptcy Court has caused the summons to be issued.

SO ORDERED, this 17th day of October, 2005.

Graham C. Mullen
Chief United States District Judge