UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 437

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno | Jointly Administered |
| Wendy DiBruno | |
| | Adversary Proceeding No. 05-3483 |
| Debtors | |
| De | |
| Langdon M. Cooper, Trustee In Bankruptcy for Joseph A. DiBruno, Sr., Nicholas and Wendy DiBruno, Joseph A. DiBruno, Jr., | **ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE** |
| Plaintiff | |
| vs. | |
| Rachel E. Bean, | |
| Defendant | |
| Debtors | |

This matter came on to be heard this day upon motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors for entry of an Order dismissing this adversary proceeding; and it appears that good cause exists, it is, therefore

**ORDERED** that this adversary proceeding is dismissed without prejudice.

Signed: January 5, 2009

Graham C. Mullen
United States District Judge